# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130394

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 130394
                                        COA: 266059
                                        Muskegon CC: 04-050612-FH

GERALD DWAYNE CLARK,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the December 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk

s0522